UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-033 JD |
| ) | |
| HALEY ELIZABETH SMITH ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 9, 2012 [DE 21]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Haley Elizabeth Smith's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. § 1623.

SO ORDERED.

ENTERED: August 30, 2012

                                             /s/ JON E. DEGUILIO
                                            Judge
                                            United States District Court